IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII STEVEDORES, INC., | ) | CIVIL 09-00250DAE-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ISLAND CEMENT, LLC; and | ) | |
| DOE Defendants 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendations having been filed on October 16, 2009, and served concurrently upon those counsel of record who are registered participants of CM/ECF, and served on October 20, 2009 by First Class Mail to the address of record for defendant Island Cement LLC., and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, Plaintiff Hawaii Stevedores, Inc.'s "FINDINGS AND RECOMMENDATIONS FOR

DEFAULT JUDGMENT; CERTIFICATE OF SERVICE," document no. [13], are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 3, 2009.



_____
David Alan Ezra
United States District Judge

Hawaii Stevedores, Inc. vs. Island Cement, LLC, et al., Civil No. 09-00250 DAE-BMK; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION